Page 10

Exh A

# EXHIBIT "A"

Case 2:09-cv-03790-JLL-CCC   Document 2-2   Filed 07/30/09   Page 2 of 2 PageID: 60

*Page 10*

Jun. 30. 2009  4:54PM   Deutch & Associates, llc.                    No. 8360   P. 31/52

8.  All documents relating to any trademark, in any jurisdiction, held by SILAB for a product produced by SILAB and marketed under the name Toniskin.

9.  All documents relating to any trademark, in any jurisdiction, held by SILAB for a product produced by SILAB and marketed under the name Polylift.

10.  All documents relating to any claim of exclusive ownership and/or use, in any jurisdiction, by SILAB, for any formula and/or method of manufacture for a product produced by SILAB and marketed under the name Nutripeptide.

11.  All documents relating to any claim of exclusive ownership and/or use, in any jurisdiction, by SILAB, for any formula and/or method of manufacture for a product produced by SILAB and marketed under the name Toniskin.

12.  All documents relating to any claim of exclusive ownership and/or use, in any jurisdiction, by SILAB, for any formula and/or method of manufacture for a product produced by SILAB and marketed under the name Polylift.

13.  All documents attached as Exhibits to the **WRIT OF SUMMONS ON THE MERITS BEFORE THE BORDEAUX COURT OF FIRST INSTANCE**, dated May 18, 2009.

14.  All documents reflecting French patent FR 2.814.676, recorded under number 00 12 561, issued on December 20, 2002.

15.  All documents reflecting French patent FR 2.797.186, recorded under number 99 10 152, issued on July 4, 2003.

16.  All documents reflecting French patent FR 2.825.925, recorded under number 01 08 035, issued on January 28, 2005.

17.  All documents reflecting Registration statement relating to patent FR 2.814.676 recorded under number 00 12 551.